IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re:<br><br>ST. JUDE MEDICAL, INC.<br>SILZONE HEART VALVE PRODUCTS LIABILITY LITIGATION<br><br>This pleading relates to:<br><br>Fred W. Darley, as the executor of the estate of Edward Paul Darley<br>Case No. 0:01-cv-01529-JRT | MDL. No. 1396<br>(Civil No. 0:01-cv-01529-JRT)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Fred W. Darley, as the executor of the estate of Edward Paul Darley, deceased, ("Plaintiff") and Defendant St. Jude Medical, Inc., by and through their respective counsel, hereby agree and stipulate that all of Plaintiff's claims against Defendant St. Jude Medical, Inc. are dismissed *with prejudice*. The parties' stipulation is made pursuant to Rule 41(a)(1)(A)(ii). Each party bears its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

By: ______________________

James T. Capretz
Capretz & Associates
5000 Birch St Ste 2500
Newport Beach, CA 92660
Telephone: 949.724.3000
Facsimile: 949.757.2635
Attorney for Plaintiff Fred W. Darley

By: ______________________

Steven M. Kohn
Reed Smith LLP
1999 Harrison Street
Oakland, CA 94612
Telephone: 510.466.6727
Facsimile: 510.273.8832
Attorney for Defendant St. Jude Medical, Inc.

DOCSOAK-9902016